585 A.2d 342
UNITED JERSEY BANK, ETC. v. GLORIA
WOLOSOFF, ETC., ET AL.

July 10, 1990.

Petition for certification denied.

585 A.2d 342
IN THE MATTER OF THE GUARDIANSHIP OF GEORGE
MARIE CASSIMORE, A MINOR.

July 10, 1990.

Petition for certification denied.

585 A.2d 342
HERMAN FLORES v. SCHERER G & C CORPORATION, ET AL.

July 10, 1990.

Petition for certification denied.

. . .

IN THE MATTER OF THE SUSPENSION OF THE LICENSE OF
ROBERT A. FOGARI, M.D. TO PRACTICE MEDICINE AND
SURGERY IN THE STATE OF NEW JERSEY.

July 10, 1990.

Petition for certification denied.